[Nos. 66908-7-I; 66909-5-I.   Division One.   November 13, 2012.]

GRAZYNA PROUTY, *Appellant*, v. TAHOMA SCHOOL DISTRICT BOARD, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 10-2-30916-1, Monica J. Benton, J., entered January 31, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Lau and Verellen, JJ.

[No. 67009-3-I.   Division One.   November 13, 2012.]

DEBRA STEWART, *Appellant*, v. GRIFFITH INDUSTRIES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-09845-1, Kimberley Prochnau, J., entered March 15, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler and Verellen, JJ.

[No. 67146-4-I.   Division One.   November 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN AARON DASHO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05645-1, Regina S. Cahan, J., entered April 18, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Schindler, JJ.

[No. 67206-1-I.   Division One.   November 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TJUAN LEON BLYE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-00550-6, Eric Z. Lucas, J., entered May 27, 2011. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Dwyer, J.